IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

JAN 28 2016

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1: 16cr6 LG-JCG

JAEL PENA-VASQUEZ

21 U.S.C. §843(b)

**The United States Attorney charges:**

COUNT 1

That on or about May 15, 2014, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendant, **JAEL PENA-VASQUEZ**, aided and abetted by others known and unknown, did knowingly and intentionally use a communications facility, to wit, a telephone, in causing or facilitating the commission of an act constituting a felony under the Controlled Substances Act, to wit, conspiracy to possess with intent to distribute a controlled substance, as prohibited by Section 846, Title 21, United States Code.

All in violation of Section 843(b), Title 21, United States Code, and Section 2, Title 18, United States Code.

_Ruth R. Morga, Supv AUSA_

GREGORY K. DAVIS
United States Attorney